UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

HEIDI ERICKSON,

                    Plaintiff(s),

v.

ALORICA, INC.

                    Defendant(s).

Case No. 3:18-cv-000487

NOTICE OF ASSIGNMENT TO A MAGISTRATE JUDGE
AND CONSENT/REQUEST FOR REASSIGNMENT

This case has been assigned to United States Magistrate Judge Stephen L. Crocker to conduct all proceedings in this case, including trial, entry of final judgment, and all post-judgment proceedings. Pursuant to Fed.R.Civ.P. 73, a United States Magistrate Judge is permitted to exercise this jurisdiction only if all parties consent. Indicate below if you consent to the assignment or request that the case be reassigned to a district court judge.

☑ **Consent**　　　　　　　　☐ **Reassignment**

**Do not e-file this document**. No judge will be informed of a party's response to this notification, unless all parties have consented to the assignment of the matter to a United States Magistrate Judge. Opposing counsel need not be served.

**Instead, return this completed form via email in PDF format to [consents@wiwd.uscourts.gov](mailto:consents@wiwd.uscourts.gov) at least two weeks before the preliminary pretrial conference.**

**ALORICA, INC.**
_____
Party(s) represented


/s/ Jennifer L. Majewski　　　　　　　　　　August 20, 2018
_____　　　　_____
Attorney Signature　　　　　　　　　　　　　Date